IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. WORKS,

      Plaintiff,                    1: 08 CV 00907 LJO YNP GSA (PC)

   vs.                              ORDER DISMISSING ACTION

F. IGBINOSA, et al.,

      Defendants.

     Plaintiff has filed a motion to voluntarily dismiss this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss this action on his own motion, so long as a responsive pleading has not been filed. No Defendant has been served, and no Defendant has entered an appearance.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:**  **November 16, 2009**           **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE